1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 6:20-MJ-00010-1-JDP |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| JARED RILEY BREMER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named defendant has, under oath, sworn to or affirmed his financial inability to employ counsel or has otherwise satisfied this court that he is financially unable to obtain counsel; he wishes that counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. Const., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Carol A. Moses be appointed to represent the above defendant in this case effective *nunc pro tunc* to  September 23, 2020 in place of Assistant Federal Defender, Benjamin A. Gerson.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   September 24, 2020

UNITED STATES MAGISTRATE JUDGE