1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4 carol@yosemitelawyer.com

5 Attorney for Defendant,
JARED BREMER
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JARED BREMER,<br><br>        Defendant.<br>_____ | CASE NO. 6:20-mj-00010<br><br>STIPULATION TO CONTINUE JARED BREMER'S STATUS CONFERENCE TO JANUARY 12, 2021;<br>ORDER THEREON<br><br>Date:  January 12, 2021<br>Time:  10:00 AM<br>Judge: Hon. Helena M. Barch-Kuchta |

**IT IS HEREBY STIPULATED** by and between the Defendant, JARED BREMER, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SEAN O. ANDERSON that the Status Conference in the above-captioned matter currently scheduled for December 15, 2020 at 10:00 AM be continued to January 12, 2021 at 10:00 AM.

The government has no objection.

Based on an incident that occurred November 1, 2019, a complaint was filed alleging that Mr. Bremer committed the following acts: 18 U.S.C. § 113(a)(4) – within the special maritime and territorial jurisdiction of the United States, assault by striking, beating or wounding, 36 C.F.R. § 2.10(b)(4) – create or sustain unreasonable noise between the hours of 10:00 PM and 6:00 AM, 36 C.F.R. § 2.34(a)(1) – engage in fighting, threatening or violent behavior, 36 C.F.R. § 2.34(a)(2) – use language, an utterance or gesture, or engage in a display or act that was

1  obscene, physically threatening or menacing, or done in a manner that was likely to inflict injury
2  or incite an immediate breach of the peace, and 36 C.F.R. § 2.35(c) – under the influence of
3  alcohol or a controlled substance to the degree that he may have been a danger to himself, another
4  person or park resources.
5      Defense Counsel has a conflict on the currently scheduled date with a separate matter's
6  trial in the Superior Court of California in Madera County. Defense Counsel respectfully requests
7  additional time to complete her responsibilities in the Superior Court, so she can have ample time
8  to review the case, confer with Mr. Bremer and provide him with the appropriate time and
9  attention he and his case needs.
10     Mr. Bremer respectfully requests a continuance of his Status Conference in Case No.
11 6:20-mj-00010 from December 15, 2020 at 10:00 AM to January 12, 2021 at 10:00 AM.

Dated: November 2, 2020          /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 JARED BREMER

Dated: November 2, 2020          /s/ Sean O. Anderson
                                 SEAN O. ANDERSON
                                 Yosemite Legal Officer

**ORDER**

For good cause shown, the parties above joint request to continue the Status Conference in Case No. 6:20-mj-00010 from December 15, 2020 at 10:00 AM to January 12, 2021 at 10:00 AM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated: **November 2, 2020**          /s/ *Helena Barch-Kuchta*
                                     UNITED STATES MAGISTRATE JUDGE